# United States Bankruptcy Court
## Southern District of Ohio

| | | | |
|---|---|---|---|
| In re | **Rebecca Ann Tolli** | Case No. | **2:13-bk-59976** |
| | Debtor(s) | Chapter | **13** |

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-7078**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:    **Rebecca Ann Tolli**

Street:    **483 Twenty Grand Road SW**

City, State and Zip:    **Pataskala, OH 43062**

Telephone #:

**Please be advised that effective <u>August 21</u>, 20<u>17</u>,
my (our) new mailing address and telephone number is:**

Name:    **Rebecca Ann Tolli**

Street:    **3212 Peldon Court**

City, State and Zip:    **Columbus, Ohio  43231**

Telephone #:

　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca Ann Tolli**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Rebecca Ann Tolli**
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor